The judgment is affirmed pursuant to Rule 30.25(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Paul O. NORFOLK, Defendant/Appellant.**

No. 67591.

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 1996.

John M. Schilomoeller, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

A jury found defendant guilty of first degree burglary, § 569.160, RSMo1994, and stealing, third offense §§ 570.030 and 570.040. The trial court sentenced him as a persistent and Class X offender to two concurrent 20 year terms. He appeals the judgment and sentences.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.